# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| BOBBY R. LAWSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner ) <br> of Social Security, ) <br> ) <br> Defendant. ) | No. 3:07-cv-299 <br> (Phillips/Shirley) |

## ORDER

On July 30, 2008, the Honorable C. Clifford Shirley, United States Magistrate Judge, issued a fifteen-page Report and Recommendation ("R&R") [Doc. 14], in which he recommended that plaintiff's Motion for Judgment on the Pleadings [Doc. 9] be granted in part and the Commissioner's Motion for Summary Judgment [Doc. 11] be denied. The deadline for timely objections has passed with no such objections having been filed. Accordingly, the R&R is **ACCEPTED IN WHOLE**, which the court adopts and incorporates into this ruling. Plaintiff's Motion for Judgment on the Pleadings [Doc. 9] is **GRANTED in part**, insofar as it seeks alternative relief for remand, and the Commissioner's Motion for Summary Judgment [Doc. 11] is **DENIED**, whereby the Commissioner's decision is **REVERSED** and this action **REMANDED** to the Commissioner under sentence four of 42 U.S.C. 405(g) for further consideration consistent with the R&R.

.

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge