## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| BOBBY R. LAWSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07-cv-299 |
| ) | (Phillips/Shirley) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On October 22, 2008, the Honorable C. Clifford Shirley, United States Magistrate Judge, entered a Report and Recommendation ("R&R") [Doc. 22] in which he recommended that Plaintiff's Motion for Attorney Fees Under Equal Access to Justice Act, 28 U.S.C. Section 2412(d) [Doc. 18] be granted. The deadline for timely objections has passed with no such objections by the parties. Indeed, in response to plaintiff's motion, the Commissioner conceded that he did not oppose the award of fees to plaintiff. [Doc. 20].

The court finds itself in complete agreement with Judge Shirley's analysis. Accordingly, the R&R [Doc. 22] is **ACCEPTED IN WHOLE**, which the court adopts and incorporates into this ruling, whereby Plaintiff's Motion for Attorney Fees Under Equal Access to Justice Act, 28 U.S.C. Section 2412(d) [Doc. 18] is **GRANTED**. Plaintiff is hereby awarded attorney's fees in the amount of $3458.10.

**IT IS SO ORDERED**.

ENTER:

s/ Thomas W. Phillips
United States District Judge